|          |                                                          |
|---------:|----------------------------------------------------------|
| **To:**  | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:**| Valerie G. Debnam<br>United States Probation Officer     |
| **Subject:** | Jimmy Hitchcock<br>Case Number: 0419 3:11CR00374- 004<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:**| 6/5/2017                                                 |



**NORTH CAROLINA WESTERN MEMORANDUM**

---

Mr. Hitchcock appeared before Your Honor on September 26, 2014, for Mortgage Fraud Conspiracy, Conspiracy to Defraud the United States and Money Laundering Conspiracy. Mr. Hitchcock was sentenced to forty-six (46) months imprisonment followed by a twenty-four (24) month supervised release term. Supervised release began on January 22, 2016 in the Eastern District of North Carolina.

Mr. Hitchcock has submitted a request to travel to Quintana Roo, Mexico, with his girlfriend for a yoga retreat. Mr. Hitchcock will leave on July 6, 2017, and return on July 9, 2017.

Mr. Hitchcock has maintained a stable residence and employment since he has been under supervision. According to his supervising officer from the Eastern District, there have been no known incidents or noncompliance.

It is recommended that Mr. Hitchcock be allowed to travel to Quintana Roo, Mexico as long has he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: June 5, 2017

_____
Frank D. Whitney
Chief United States District Judge